COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO.
02-12-00207-CV 

 

 


 
 
 John S. Brancato
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Gina Puente Brancato
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 233rd District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant’s Motion For Voluntary Dismissal
Of Appeal.”  It is the court’s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

         
Costs of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                            
PER CURIAM

PANEL: 
MCCOY, MEIER, and GABRIEL, JJ. 
                                                      


 

DELIVERED:
 November 15, 2012














[1]See Tex. R. App. P. 47.4.